AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.
SEBASTIAN GOMEZ

WAIVER OF INDICTMENT

CASE NUMBER: 08-164

I, _Sebastian Gomez_, the above named defendant, who is accused of

**FILED**
JUN 20 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____6-20-08____ prosecution by indictment and consent that the
                                    Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____ Jonathan Bloom
Counsel for Defendant

Before _____
Judicial Officer