UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-164 (RJL) |
| | : | |
| v. | : | |
| | : | **FILED** |
| SEBASTIAN MIGUEL GOMEZ, | : | JUN 2 0 2008 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, defendant **SEBASTIAN MIGUEL GOMEZ** ("**GOMEZ**") and the United States agree and stipulate as follows:

1. Foreign nationals are eligible to obtain District of Columbia driver's licenses if they have proof that they are legally present in the U.S. and can continue to stay in the U.S. for at least another six months. A foreign national must also present proof of his name, date of birth, social security number, and District of Columbia residency. The District of Columbia Department of Motor Vehicles ("DMV") has specifically limited the types of documentation it will accept. For example, original birth certificates, unexpired passports, or resident alien cards can prove an individual's identity (i.e., name and date of birth). In addition to tendering the required documentation, a foreign national must complete and sign a driver's license application, certifying that the information contained therein is correct and accurate. The DMV employee processing the application is required to identify on the application the type of documentation that was presented by the applicant.

2. Applicants for driver's licenses must pass the following three tests: vision screening, knowledge and street sign recognition, and "skills road." Applicants who possess a

valid driver's license from another state, however, are only required to pass the vision screening test. Applicants who possess a valid driver's license from a foreign jurisdiction need not take the road test, but must successfully pass the vision screening and knowledge and street sign recognition tests.

3. Defendant **GOMEZ** had been unable to obtain a valid driver's license from Virginia, the jurisdiction where he resides, because he failed the tests administered by the Virginia Department of Motor Vehicles ("VDMV") at least five times. Defendant **GOMEZ** cannot read or write in either English or Spanish. On or about January 19, 2007, a man whom defendant **GOMEZ** happened to meet at a Latin grocery store in Leesburg, Virginia, told him that for $1,500 he could obtain a D.C. driver's license from the DMV if he had a work permit. The man waited at the store while defendant **GOMEZ** went home to retrieve the money.

4. Defendant **GOMEZ** returned to the man at the store with the intention of purchasing a fraudulent D.C. driver's license, an item of value that authorizes an individual to drive and serves as a photographic identification card. The man drove defendant **GOMEZ** to the Brentwood DMV branch in a green Honda Civic, inside which defendant **GOMEZ** paid the man $1,500 in U.S. currency. Once they arrived at the Brentwood DMV branch, the man parked in front of the DMV and got out of the car. He returned five minutes later and instructed defendant **GOMEZ** to go inside the DMV.

5. Defendant **GOMEZ** went inside the DMV and sat down; then a female DMV employee approached and asked him in English for his work permit. Defendant **GOMEZ** gave the DMV employee his work permit and his Virginia identification card, and the DMV employee walked into the area for employees only, while defendant **GOMEZ** remained seated. Defendant

**GOMEZ** did not complete any applications or take any tests, including the vision, knowledge, or road skills examinations. The DMV employee then directed defendant **GOMEZ** to a customer service station to have his photograph taken. Shortly thereafter, defendant **GOMEZ** was given a facially valid D.C. driver's license that falsely bore a

6. On or about September 28, 2007, defendant **GOMEZ** fraudulently obtained a Virginia driver's license from the Virginia DMV by presenting his fraudulently obtained District of Columbia driver's license in order to avoid taking any knowledge or road skills tests administered by the Commonwealth of Virginia.

_____
**SEBASTIAN MIGUEL GOMEZ**, Defendant