CO-526
(12/86)

```
                                            FILED
                                            JUL 1 8 2008
                                        NANCY MAYER WHITTINGTON, CLERK
         UNITED STATES DISTRICT COURT        U.S. DISTRICT COURT
         FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 08-164 (RJL)
)
_Sebastian Miguel_ )
    _Gomez_

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge